UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                Plaintiff,

                                       Case No. 17-20639

-vs-

                                       Hon. Terrence G. Berg

Dennis Epps

                Defendant,

_____

# EX-PARTE MOTION AND ORDER ALLOWING DISCOVERY COORDINATOR TO BRING LAPTOP COMPUTER AND CELLULAR PHONE INTO COURTHOUSE DURING TRIAL

      Defendant having filed this ex-parte motion with this Court to allow the Discovery Coordinator / Litigation Support & Information Technology Specialist, **CHRIS ANTONE** to have access to laptop computers and his cellular phone for the evidentiary hearing in this matter, scheduled to commence on Thursday, September 23, 2021, in order to assist counsel and the defendant in the presentation of his case, and the Court being advised of the premises;

      **IT IS HEREBY ORDERED** that Discovery Coordinator / Litigation Support & Information Technology Specialist CHRIS ANTONE shall be allowed to bring laptop computers and his cellular telephone into the U.S Courthouse for the Eastern District of Michigan, during normal business hours, from Thursday, September 23, 2021 through evidentiary hearing conclusion.

Dated: August 9, 2021                         /s/Terrence G. Berg_____
                                                            Terrence G. Berg
                                                            UNITED STATES DISTRICT JUDGE